IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, INC., AND MEMBERS LIFE INSURANCE COMPANY, | JUDGMENT IN A CIVIL CASE |
| | Case No. 13-cv-579-wmc |
| Plaintiffs, | |
| v. | |
| BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | |
| Defendants. | |

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Banc of America Securities LLC and Merrill Lynch, Pierce, Fenner & Smith, Inc. against plaintiffs CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and Members Life Insurance Company, granting defendants' motion to dismiss and closing this case.

| | |
|---|---|
| s/ R.Plender, Deputy Clerk | 7/2/2014 |
| Peter Oppeneer, Clerk of Court | Date |